1   ROBERT K. PHILLIPS, ESQ.
    Nevada Bar No. 11441
2   MATTHEW B. BECKSTEAD, ESQ.
    Nevada Bar No. 14168
3   **PHILLIPS, SPALLAS & ANGSTADT, LLC**
4   504 South Ninth Street
    Las Vegas, Nevada 89101
5   (702) 938-1510
    (702) 938-1511 (Fax)
6   rphillips@psalaw.net
    mbeckstead@psalaw.net
7

8   *Attorneys for Defendant*
    *Sam's West, Inc.*
9

                **UNITED STATES DISTRICT COURT**
10

                  **DISTRICT OF NEVADA**
11

12   SAMUDRAJA WEERABAHU,            Case No.: 2:21-cv-00702-JCM-DJA

13            Plaintiff,
    v.

14                               **STIPULATION TO EXTEND DISCOVERY**
    SAM'S WEST, INC., a Delaware Corporation     **DEADLINES**
15   doing business as SAM'S CLUB; and DOES I –
    X, Unknown Persons or Entities,                **(First Request)**
16
           Defendants.
17

18

19

20

21

22       COME NOW, Defendant SAM'S WEST, INC. dba SAM'S CLUB ("Sam's Club" or

23   "Defendant"), by and through its counsel of record, the law firm of PHILLIPS, SPALLAS &

24   ANGSTADT, LLC, and Plaintiff SAMUDRAJA WEERABAHU ("Plaintiff"), by and through her

25   counsel of record, the law firm of RYAN ALEXANDER, CHTD., and hereby stipulate to extend the

26   scheduled deadlines and seek this Honorable Court's order according with the following terms, pursuant

27   to LR 26-3:

28      ///

                                       - 1 -

## DISCOVERY COMPLETED

To date the Parties in this action have conducted discovery as follows:

- The Parties conducted their Rule 26(f) conference via telephone on May 11, 2021;
- Plaintiff propounded written requests for admission, requests for production, and interrogatories on June 24, 2021;
- Plaintiff served initial Rule 26(a) disclosures on June 25, 2021;
- Defendant propounded written requests for admission, requests for production, and interrogatories on July 6, 2021, which were served via facsimile and U.S. mail;
- Defendant served initial Rule 26(a) disclosures on July 7, 2021;
- Plaintiff provided written authorizations for release of records on July 30, 2021;
- Defendant served its first supplemental Rule 26(a) disclosures on August 4, 2021;
- Defendant served responses to plaintiff's first set of interrogatories on August 5, 2021;
- Plaintiff served her responses to Defendant's first set of requests for production on August 6, 2021, via U.S. Mail;
- Defendant served its second supplemental Rule 26(a) disclosures on August 9, 2021;
- Defendant served its responses to Plaintiff's first set of requests for production on August 9, 2021.
- Plaintiff served her first supplemental Rule 26(a) disclosures on August 9, 2021;
- Plaintiff served her responses to Defendant's first set of interrogatories on August 9, 2021, via U.S. Mail;
- Plaintiff served her responses to Defendant's first set of requests for admission on August 9, 2021, via U.S. Mail.

## DISCOVERY THAT REMAINS TO BE COMPLETED

Defendant seeks additional time to subpoena Plaintiff's medical records from her treating providers, because Plaintiff's response to Defendant's Interrogatory Number 11 served via mail on August 9th confirms that Plaintiff has preincident medical records from three of her treating providers. Furthermore, Plaintiff's initial disclosures served on June 25, 2021, only provided a computation of damages for past medical specials, and not any other category. Defendant only learned about Plaintiff's

1    claim for lost wages when Plaintiff served her first supplemental disclosures via U.S. Mail <u>only</u>, on

2    August 9, 2021. These disclosures were Defendant's first notice about the need to retain an expert

3    regarding Plaintiff's lost-wages claim, and the need to obtain discovery about Plaintiff's employment

4    history, conduct depositions of Plaintiff's employer, including her supervisor, subpoena Plaintiff's IRS

5    records, and depose Plaintiff herself about her employment and income histories (in addition to deposing

6    her about her preincident medical history, which Defendant learned about in Plaintiff's interrogatory

7    responses served August 9, 2021, via U.S. Mail <u>only</u>). In short, Defendant only learned about Plaintiff's

8    claim for lost wages and the existence of her preincident medical records within the last two weeks, by

9    way of responses and disclosures Plaintiff served less than two weeks ago, via U.S. Mail. Defendant is

10   already in the process of subpoenaing these preincident medical records. Defendant agrees not to

11   exclude the claim for lost wages, but it should be allowed additional time to conduct discovery about it.

12   Plaintiff will be conducting a Rule 34 site inspection and conducting additional depositions, including

13   a Rule 30(b)(6) deposition.

14                    <u>**REASONS FOR REQUESTING AN EXTENSION OF DEADLINES**</u>

15         The Parties have been working diligently to complete discovery in this matter. The Parties

16   anticipate that liability is going to be heavily disputed, warranting more time for the Parties to obtain

17   and review records in response to Defendant's subpoenas. Furthermore, the Parties request additional

18   time to conduct depositions, the site inspection, resolve any discovery disputes, retain and disclose

19   experts and their reports (including defense experts regarding Plaintiff's lost wages claim and to review

20   Plaintiff's preincident medical records), and analyze all of the foregoing to prepare for dispositive-

21   motion practice and/or trial. Accordingly, the Parties request a 60-day extension of the remaining

22   deadlines in this matter, including the August 20, 2021, deadline for disclosing experts. *See Morrison*

23   *v. Sam's West, Inc.*, Case No. 2:18-cv-00353-RFB-BNW, ECF 72 (D. Nev. Oct. 23, 2019). The Parties

24   believe the foregoing constitutes good cause to extend the upcoming deadlines and for doing so within

25   21 days of the expert-disclosure deadline, while understanding that this Honorable Court will insist on

26   a speedy administration of this case and will not tolerate undue delays or dilatory conduct. The Parties

27   will work together to diligently prosecute this case and avoid wasting the Court's time.

28   ///

## PROPOSED SCHEDULE TO COMPLETE REMAINING DISCOVERY

According to the Court's Stipulated Discovery Plan and Scheduling Order Under Rule 26(f) and LR 26-1(b) entered on June 3, 2021 [ECF No. 6], the current deadlines are as follows:

|   |   |
|---|---|
| 1. Discovery Cutoff Date: | October 19, 2021 |
| 2. Deadline to Amend Pleadings and Add Parties: | PASSED |
| 3. Deadline to Disclose Expert Witnesses: | August 20, 2021 |
| 4. Deadline to Disclose Rebuttal Witnesses: | September 20, 2021 |
| 5. Dispositive-Motion Deadline: | November 19, 2021 |
| 6. Filing Pretrial Order: | January 7, 2022 |

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

The Parties hereby stipulate to the following new deadlines and ask the Court to allow the same:

1.  Discovery Cutoff Date:                                    December 19, 2021
2.  Deadline to Amend Pleadings and Add Parties:              PASSED
3.  Deadline to Disclose Expert Witnesses:                    October 19, 2021
4.  Deadline to Disclose Rebuttal Witnesses:                  November 18, 2021
5.  Dispositive-Motion Deadline:                              January 18, 2022
6.  Filing Pretrial Order:                                    March 8, 2022

DATED this 20th day of August, 2021.                DATED this 20th day of August, 2021.

                                                    /s/ Ryan Alexander (with approval)

ROBERT K. PHILLIPS, ESQ.                            RYAN ALEXANDER, ESQ.
Nevada Bar No. 11441                                Nevada Bar No. 10845
MATTHEW B. BECKSTEAD, ESQ.                          RYAN ALEXANDER, CHTD.
Nevada Bar No. 14168                                3017 West Charleston Boulevard, Suite 10
PHILLIPS SPALLAS & ANGSTADT LLC                     Las Vegas, NV 89102
504 South Ninth Street
Las Vegas, Nevada 89101                             *Attorney for Plaintiff*

*Attorneys for Defendant*
*Sam's West, Inc.*

                                    IT IS SO ORDERED:


                                    _____
                                    Daniel J. Albregts
                                    United States Magistrate Judge

                                    DATED: August 23, 2021